IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTONIO D. WOODLEY,** | : | **CIVIL ACTION NO. 1:22-CV-613** |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **WARDEN OF USP ALLENWOOD,** | : | |
| Respondents | : | |

## ORDER

AND NOW, this 19th day of September, 2022, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DISMISSED without prejudice for lack of jurisdiction. (Doc. 1).

2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania